**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SUBI GANDHI** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:26-CV-00092** |
| | § | |
| **COVINGTON SPECIALTY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| *Defendant* | § | |

_____

**LIST OF ALL PARTIES AND STATUS OF REMOVED CASE**

_____

| | |
|---|---|
| Plaintiff: | Subi Gandhi |
| Defendant: | Covington Specialty Insurance Company |
| Current Status of Removed Case: | Pending |